IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALBERT RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:14-CV-1210-K |
| | ) |
| JP MORGAN CHASE BANK | ) |
| NATIONAL ASSOCIATION | ) |
| | ) |
| Defendant. | ) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Defendant's Motion to Dismiss (Doc. 5), is hereby DENIED without prejudice as moot.

SO ORDERED.

Signed May 27th, 2014.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE